COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING EN BANC

Appellate case name:    In re Terra Energy Partners, LLC, Benjamin "B.J." Reynolds, Mark Mewshaw, and Wes Hobbs

Appellate case number:    01-17-00137-CV

Trial court case number:    2016-18909

Trial court:    11th District Court of Harris County

Date motion filed:    November 8, 2017

Party filing motion:    Relators Terra Energy Partners, LLC, Benjamin "B.J." Reynolds, Mark Mewshaw, and Wes Hobbs

It is ordered that the motion for rehearing en banc is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Evelyn V. Keyes
☐ Acting Individually ☒ Acting for the Court

The en banc Court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Brown, Lloyd, and Caughey. Justice Massengale not participating.

Date: February 6, 2018